

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00290-CV

**In the Interest of D.M.O.**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00385
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the cause is REMANDED to the trial court for a new trial. It is ORDERED that costs of this appeal are taxed against Appellees.

SIGNED March 21, 2018.

_____
Irene Rios, Justice